```
                                                                    FILED
                                                                FEB - 9 2011
                                                            U.S. BANKRUPTCY COURT
                UNITED STATES BANKRUPTCY COURT  BY_____ DEPUTY
                        WESTERN DISTRICT OF TEXAS
                              EL PASO DIVISION
```

IN RE: § CASE NO. 05-32338-HCM
§
MIGUEL ANGEL and OTILIA MARTINEZ § CHAPTER 13
§
§ DEPOSIT OF SMALL /
DEBTOR(S) § UNCLAIMED DIVIDENDS

The undersigned Trustee reports:

_____ Small Dividends

The dividend(s) payable to the debtor(s) listed below hereto is (are) in an amount less than the amount specified in Bankruptcy Rule 3010.

__X__ Unclaimed Dividends

More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed below hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee remits herewith his/her check(s) in the total amount shown below for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

| Name and Address | Claim No. | Amount |
|---|---|---|
| ERIC S. GEARY<br>3673 W. 89TH WAY<br>WESTMINSTER, CO 80031-0000 | 0011 | $1839.85 |

Date: January 31, 2011

_____
Rebecca Yudico for
Stuart C. Cox
Standing Chapter 13 Trustee

**RECEIPT #3002** 5938

**PAID $** 1839.85