UNITED STATES BANKRUPTCY COURT
WESTERN DIVISION OF TEXAS
SAN ANTONIO DIVISION

IN RE:
STETSON A. HATCH
CECELIA ANGEL HATCH

CASE NO: BKS-07-51285 K

CHAPTER 13

**Debtors**

### TRUSTEE'S NOTICE TO PAY UNCLAIMED FUNDS TO THE COURT

COMES NOW, Mary K. Viegelahn, the Chapter 13 Trustee in this case, and reports the following:

1. Debtor filed for relief under Chapter 13 on May 30, 2007. The Court Confirmed Debtor's plan on September 24, 2007.

2. DANIEL ROONEY, (the "Creditor") filed a proof of claim in the above referenced case and the Trustee made payments thereon. Disbursement checks to this creditor have not been negotiated.

3. The Trustee, therefore, believes the unclaimed funds owing the creditor should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code.

4. The Trustee's check for $1,737.90, payable to the Clerk of the Court, is attached to this notice.

FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure and 11 U.S.C. Sec. 347(a), the Trustee files the following list of all known names and addresses of the persons and the accounts to which they are entitled to be paid from the estate.

| **Name and Address of Creditor** | **Amount of Disbursement Check** |
|---|---|
| DANIEL ROONEY<br>1450 S HAVANA ST #736<br>AURORA, CO 80012 | $1,737.90 |

Respectfully submitted,

/s/ Mary K. Viegelahn

MARY K. VIEGELAHN
CHAPTER 13 STANDING TRUSTEE
909 N.E. Loop 410, Suite 400
San Antonio, TX 78209
(210) 824-1460

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:     CHAPTER 13

**STETSON A. HATCH**
**CECELIA ANGEL HATCH**

DEBTOR(S)     CASE NO.: **07-51285 K**

**CERTIFICATE OF SERVICE**
----------------------------------------

I hereby certify that a true and correct copy of the attached document was served **May 31, 2011** by First Class Mail, upon the following:

Debtor(s):
STETSON A. HATCH
CECELIA ANGEL HATCH
5039 FAWN LAKE DR.
SAN ANTONIO, TX 78244

AND TO THE CREDITORS AND PARTIES IN INTEREST LISTED BELOW:

| | |
|---|---|
| DANIEL ROONEY | Attorney For Debtor(s) |
| 1450 S HAVANA ST #736 | MALAISE LAW FIRM P C |
| AURORA, CO 80012 | 909 NE LOOP 410 STE 300 |
| | SAN ANTONIO, TX 78209 |

/S/
_____
Gary Cathey